UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANNY HUYNH, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-1756 |
| | § | |
| ZURNO, INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

The Court has reviewed the Report and Recommendation **(Instrument No. 16)** of United States Magistrate Judge Christina A. Bryan signed on January 18, 2019, regarding Defendant Zurno, Inc.'s motion to dismiss for lack of personal jurisdiction **(Instrument No. 7)** and Plaintiff Huynh's motion for leave to conduct jurisdictional discovery **(Instrument No. 9)**.

The Court finds as of February 7, 2019, no objections were filed by either party pursuant to 28 U.S.C. § 636(b)(1)(C) and General Order 80-5, S.D. Texas. Failure to file objections within 10 days after being served with a copy has barred the parties from attacking on appeal the Magistrate's factual findings.

**ORDERED, ADJUDGED and DECREED** that United States Magistrate Judge Christina A. Bryan's Memorandum and Recommendation is hereby adopted by this Court.

The Clerk of the Court shall provide a true copy of this Order to all counsel of record.

**SIGNED** on this the 7th day of February 2019, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**